# A<span>NDERSON</span> K<span>ILL</span> P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Keith A. Lazere, Esq.
klazere@andersonkill.com
212-278-1049

<u>VIA ECF</u>                                                                                              May 27, 2022

Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:  *Haddad v. Halabi, et al.*, No. 1:22-cv-01906-WFK-RJC

Dear Judge Kuntz:

  This firm represents Defendant Soly Halabi (misidentified in the Complaint as Sauli Halabi) in the above-referenced matter. We respectfully submit this letter jointly on behalf of our client and Plaintiff Hy Haddad ("Plaintiff").

  Pursuant to Rule III(E)(1) of Your Honor's Individual Motion Practices and Rules, we write to request that Your Honor approve the following agreed-upon briefing schedule with regard to a motion of Defendant Soly Halabi pursuant to F<span>ED</span>. R. C<span>IV</span>. P. 11 (the "Motion"). Defendant Soly Halabi and Plaintiff Hy Haddad have agreed to the following briefing schedule:

  i)  June 17, 2022 – Plaintiff shall file his opposition to the Motion; and

  ii)  June 24, 2022 – Defendant Soly Halabi shall file his reply in support of the Motion.

  We thank Your Honor for your consideration of this request.

                Respectfully,

                By: */s/ Keith A. Lazere*
                **ANDERSON KILL P.C.**
                Keith A. Lazere
                EDNY Bar Number ID: KL7870

cc:  Maryam N. Hadden, Esq. (counsel for Plaintiff)
    Sheldon Eisenberger, Esq.
    Neil C. Schur, Esq. (admitted *pro hac vice*)