# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Sheldon Eisenberger
seisenberger@andersonkill.com
212-278-1049

<u>VIA EMAIL</u>  May 27, 2022

Parlatore Law Group, LLP
One World Trade Center, Suite 8500
New York, New York 10007
    Attn: Maryam N. Hadden, Esq.

      Re:    *Haddad v. Halabi, et al.*, No. 1:22-cv-01906-WFK-RJC

Dear Ms. Hadden:

    This firm represents Defendant Soly Halabi (misidentified in the Complaint as Sauli Halabi) in the above-referenced matter. Please find enclosed herewith the papers supporting the motion of Defendant Soly Halabi made pursuant to FED. R. CIV. P. 11 (the "Motion"), including:

1. Defendant Soly Halabi's Proposed Order on the Motion;
2. Defendant Soly Halabi's Notice of Motion; and
3. Defendant Soly Halabi's Memorandum of Law in Support of the Motion.

                              Respectfully,

                              By: */s/ Sheldon Eisenberger*
                              **ANDERSON KILL P.C.**
                              Sheldon Eisenberger
                              EDNY Bar Number ID: SE2021

cc:    Keith A. Lazere, Esq.
        Neil C. Schur, Esq. (admitted *pro hac vice*)