```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HY HADDAD,                                                       :
                                                                 :
                          Plaintiff,                             :
                                                                 :
             v.                                                  :    **ORDER**
                                                                 :    22-CV-1906 (WFK) (JRC)
VICTOR HALABI *et al.*,                                          :
                                                                 :
                          Defendants.                            :
-----------------------------------------------------------------X
```

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court is in receipt of the letter filed by Defendant Soly Halabi at ECF No. 15. The Court DENIES as moot the request for a pre-motion conference and GRANTS leave to file the anticipated motion to dismiss. The Court sets the following briefing schedule:

- Defendant shall submit his motion by Friday, July 15, 2022 at 5:00 P.M.;

- Plaintiff shall submit a response by Friday, August 12, 2022 at 5:00 P.M.; and

- Defendant shall submit a reply, if any, by Friday, September 2, 2022 at 5:00 P.M.

As a courtesy, the Court requests the parties refrain from filing motion papers until the motion has been fully briefed. If the parties elect to file their motion only once it is fully briefed, the notice of motion and all supporting papers are to be served on the other party along with a cover letter setting forth whom the movant represents and the papers being served. Only a copy of the cover letter shall be electronically filed in advance of the fully briefed motion, and it must be filed as a letter, not as a motion. On the day the motion is fully briefed, each party shall electronically file their individual motion papers by 5:00 P.M.

**SO ORDERED.**

**s/ WFK**
_____

Dated: June 10, 2022                            HON. WILLIAM F. KUNTZ, II
     Brooklyn, New York                         UNITED STATES DISTRICT JUDGE