# *Law offices of Morris Fateha*

911 Avenue U
Brooklyn, NY 11223
Phone: (718) 627-4600
Fax: (718) 627-4601
Email: morrisfateha@gmail.com
Website: www.morrisfatehalaw.com

May 6, 2023

**Via Email**
United States District Court
Eastern District of New York
The Hon. Magistrate Judge James R. Chu
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** Hy Haddad v. VICTOR HALABI, SOLY HALABI, B & H CELLULAR WHOLESALE, INC ("Defendants")

**Case No.**  22-cv-01906

Dear Hon. Judge Chu:

I am counsel to Victor Halabi and the corporate defendant in this matter (the "Defendants") in the above-referenced lawsuit.  I submit this letter in accordance with the Hon. Judge Chu's Individual Rules of practice in support of Victor Halabi's and B&H Cellular Wholesale Inc.'s request to participate in the Telephonic Settlement Conference scheduled in this case. After conferring with the attorneys representing Victor Halabi in the related criminal case in State Courts, it has become apparent that it would be in his best interest to participate in good faith settlement negotiations with Plaintiff to resolve this matter on his behalf and on behalf of B & H Cellular Wholesale, Inc., therefore We respectfully request that the court grant us permission to participate in the settlement conference.

Thank you for your time and consideration in this matter. Please feel free to contact the undersigned should you have any questions pertaining to this correspondence.

Respectfully submitted,

/S/ Morris Fateha

Morris Fateha, Esq.

1