UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HY HADDAD,

                          Plaintiff,                        JUDGMENT
      v.                                                  22-CV-1906 (OEM) (JRC)

VICTOR HALABI, SOLY HALABI, and
B & H CELLULAR WHOLESALE, INC.,

                          Defendants.
-----------------------------------------------------------------X

A Memorandum and Order of Honorable Orelia E. Merchant, United States District Judge, having been filed on November 27, 2023, dismissing the Amended Complaint in its entirety, *See* Fed. R. Civ. P. (12)(h)(3); *see also* GBJ Corp., 804 F. Supp. at 570; it is

ORDERED and ADJUDGED that the Amended Complaint is dismissed in its entirety, *See* Fed. R. Civ. P. (12)(h)(3); *see also* GBJ Corp., 804 F. Supp. at 570.

Dated: Brooklyn, New York                                     Brenna B. Mahoney
       November 28, 2023                                       Clerk of Court

                                                        By:    */s/Jalitza Poveda*
                                                                Deputy Clerk